Daniel Isidro SOTELO–LOPEZ,
Petitioner–Appellant,

v.

Robert M. TAPIA, Warden of Federal
Correctional Institution—La Tuna,
Respondent–Appellee.

No. 04–50401.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 16, 2004.

Daniel Isidro Sotelo–Lopez, Anthony, NM, pro se.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Daniel Isidro Sotelo–Lopez (Sotelo), federal inmate # 01763–180, sought habeas corpus relief from his conviction and sentence for marijuana and cocaine offenses that violated 21 U.S.C. §§ 841 and 846. Sotelo appeals the district court's denial of his motion for reconsideration of its order construing Sotelo's application for habeas relief as a 28 U.S.C. § 2255 motion. The order that Sotelo asked the district court to reconsider is not a final judgment. *See Silver Star Enters., Inc., v. M/V SARA-MACCA,* 19 F.3d 1008, 1013 (5th Cir.1994). Therefore, the district court's denial of Sotelo's motion for reconsideration is non-appealable. *See* 28 U.S.C. § 1291.

Accordingly, Sotelo's appeal is DISMISSED for lack of jurisdiction.

2

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

